# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRANDON PATTEN,<br><br>　　　　Defendant. | No. 14-MJ-219<br><br>ORDER RESCINDING<br>APPOINTMENT OF COUNSEL |

On September 15, 2014, the Court entered an Order Regarding Appointment of Counsel (docket number 2) and directed Defendant to pay $300 per month to the Clerk of Court to partially defray the costs of the representation. However, for the reasons stated by the Court on the record at the initial appearance and arraignment in *United States v. Brandon Patten*, No. 1:15-cr-00074-LRR, on August 20, 2015, the Court finds that Defendant does not qualify for court appointed counsel and the Order is hereby **RESCINDED**. At the conclusion of proceedings in case number CR15-0074, the district court will determine whether Defendant is required to reimburse the United States for work performed on his behalf by the Federal Defender's Office.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA